THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALMA
 CALDAVADO, Also Known as ALMA CALDERARO, Appellant.

Submitted May 11, 2015; decided June 4, 2015

Motion by Innocence Network for leave to appear amicus cu-
riae on the appeal herein granted only to the extent that the
proposed brief is accepted as filed. Three copies of the brief
must be served and an original and nine copies filed within
seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN-
 FORD C. HULL, Appellant.

Submitted May 11, 2015; decided June 4, 2015

Motion for assignment of counsel granted and Jonathan I.
Edelstein, Esq., care of Edelstein & Grossman, 501 Fifth Ave-
nue, Suite 514, New York, NY 10017 assigned as counsel to the
appellant on the appeal herein.

Judge STEIN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC A.
 JACKSON, Appellant.

Submitted May 18, 2015; decided June 4, 2015

Motion for an extension of the time within which to apply for
permission to appeal pursuant to CPL 460.20 granted and mo-
tion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONEL
 JOSEPH, Appellant.

Submitted May 11, 2015; decided June 4, 2015

Motion for assignment of counsel granted and Richard M.
Greenberg, Esq., Office of the Appellate Defender, 11 Park
Place, Suite 1601, New York, NY 10007 assigned as counsel to
the appellant on the appeal herein.